UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | Case No. 4:13-CV-50-BLW |
| | ) | |
| vs. | ) | **ORDER GRANTING** |
| | ) | **MOTION TO SEAL** |
| CLAUD GRANGE, | ) | |
| | ) | |
| Respondent. | ) | |

IT IS HEREBY ORDERED that the Motion to Seal (docket no. 2) is GRANTED and the Clerk shall seal the Petition (docket no. 1).

DATED: February 14, 2013

B. Lynn Winmill
Chief Judge
United States District Court