## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

UNITED STATES OF AMERICA,   )

                      )

            Petitioner,   )    Case No.  4:13-CV-50-BLW

                      )

     vs.               )

                      )    **ORDER**

CLAUD GRANGE,         )

                      )

          Respondent.  )

_____)

      Upon the petition of the United States, and the declaration and summons attached thereto, the Court issued its Order to Show Cause for respondent, Claude Grange, to appear before the Court May 1, 2013.  Respondent appeared personally and through counsel, Fred Cooper, and consented to the Court's entry of an Order enforcing the Internal Revenue Service summons.

      IT IS HEREBY ORDERED that Claud Grange shall appear  **at 1820 E. 17th St, Suite 290, Idaho Falls, Idaho 83404-6470, May 17th, 2013 at 10:00a.m.** to give testimony and to bring with him and to produce for examination books, records, papers, and other data relating to the tax liability as described in the Summons issued, August 10, 2012, in respect to Rainey and Sons Trucking Inc., to Brad Marler, IRS Agent, or other designated officer of the Internal Revenue Service.

DATED:  **May 2, 2013**

B. LYNN WINMILL
Chief Judge
United States District Court