# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | Case No. 4:13-CV-00050-BLW |
| | ) | |
| vs. | ) | |
| | ) | **JUDGMENT** |
| CLAUD GRANGE, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to Plaintiff's Notice of Compliance and Request for Dismissal, and finding good cause therefore,

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the Notice and Request for Dismissal (docket no. 10) is GRANTED, and the case is DISMISSED. The Clerk is directed to close this case.

DATED: January 16, 2014

_____
B. Lynn Winmill
Chief Judge
United States District Court

**ORDER - 1**